LORENDA G. CASWELL AND ALEXANDER CASWELL, HER
HUSBAND, v. THE NORTH JERSEY STREET RAILWAY
COMPANY.

Argued November 7, 1902—Decided February 24, 1903.

1. Where the amount fixed by the jury cannot be declared inade-
quate, a verdict will not be set aside, although a considerably
larger sum could not have been declared to be excessive.
2. Where a jury rendered a verdict in favor of a husband for $100
for the deprivation of the society of his wife and for the expenses
necessarily incurred by him by reason of her injuries, and indis-
putable evidence shows that he has paid out a sum considerably
in excess of that amount, it will be set aside as inadequate.

On rule to show cause allowed to plaintiff.

Before GUMMERE, CHIEF JUSTICE, and Justices VAN SYCKEL,
FORT and PITNEY.

For the plaintiffs, *Benjamin & Benjamin.*

For the defendant, *Howard MacSherry.*

PER CURIAM.

This was an action for personal injuries received by the
female plaintiff. The jury rendered a verdict of $500 in favor
of the wife, and of $100 in favor of the husband. The con-
tention on behalf of the plaintiffs is that the amounts allowed
by the jury in each instance are too small. So far as the
amount allowed by the jury to the wife as compensation for
the injury received by her is concerned, although a consider-
ably larger sum could not have been declared to be excessive,
yet, on the other hand, the amount fixed by them cannot be
declared inadequate. The verdict in her favor, therefore, must
stand.

The compensation allowed to the husband for the depriva-
tion of the society of his wife, and for the expenses neces-

sarily incurred by him by reason of her injuries, is clearly inadequate. The undisputed evidence in the case shows that he has either paid out, or is legally liable to pay, for medical attendance to his wife necessitated by her injury, and for other expenses rendered necessary thereby, a sum considerably in excess of the amount allowed to him by the jury. The verdict in favor of the husband should, therefore, be set aside and a new trial allowed to him.